UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SETH CHARLES BEN HAIM, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 02-1811 (RCL) |
| ) | |
| THE ISLAMIC REPUBLIC ) | |
| OF IRAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accord with the Findings of Fact and Conclusions of Law issued this date, it is hereby

ORDERED that Default Judgment be entered in favor of plaintiffs and against defendants, jointly and severally, in the amount of $16,000,000.00, of which $11,000,000.00 shall be allocated to Seth Klein Ben Haim; $3,500,000.00 shall be allocated to Bernard Klein Ben Haim; and $1,500,000.00 shall be allocated to Lavi Klein Ben Haim.  It is further

ORDERED that plaintiffs, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Judgment and the Findings of Fact and Conclusions of Law issued this date to defendants.  It is further

ORDERED that this case be terminated from the dockets of this Court.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 24, 2006.