**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Seth Charles Ben Haim, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )     CIVIL ACTION NO. 02-1811-RCL |
| | ) |
| The Islamic Republic of Iran, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO WRIT OF ATTACHMENT AND RELATED SUBPOENA**

The Internet Corporation for Assigned Names and Numbers ("ICANN"), a non-party

garnishee, and the Plaintiffs in the underlying action hereby jointly move for an order extending

until July 28, 2014 the time in which ICANN may file a response to Plaintiffs' writ of attachment

and respond to a related subpoena duces tecum and granting Plaintiffs a corresponding extension

of their time to apply for a judgment pursuant to D.C. Superior Court Civil Rule 69-I(e) and an

extension of their lien, as set forth below.  In support of this consent motion, the parties submit

the following:

1.      On June 24, 2014, Plaintiffs served ICANN with a Writ of Attachment on

Judgment Other Than Wages, Salary And Commissions ("Writ of Attachment") aimed at

satisfying a $16,000,000 judgment against the defendants in the underlying action.  On the same

day, Plaintiffs served ICANN with a subpoena duces tecum ("Subpoena") seeking documents

relating to the assets of the defendants in the underlying action.

2.      The Writ of Attachment requires ICANN to respond to the interrogatories contained in the Writ of Attachment by July 7, 2014, and the Subpoena calls for a response on the same date.

3.      Given the press of ICANN's ordinary business, the July 4th holiday, and the due diligence and research necessary to review these matters, ICANN requires additional time to respond to the Writ of Attachment and the Subpoena.

4.      Through counsel, ICANN and Plaintiffs have met and conferred in good faith to reach an agreement on the amount of time needed for ICANN to respond to the Writ of Attachment and Subpoena.  In this District, an extension of time to respond to writs of attachment and related discovery is freely given, particularly where the parties agree on such an extension.  *See Heiser v. Islamic Republic of Iran*, No. 1:00-cv-02329, ECF #190, 199 & Minute Orders (D.D.C. July 6-7 & Aug. 16, 2011) (granting 30-day extensions in the time for garnishees to respond to writs of attachment); *Rubin v. Hamas-Islamic Resistance Movement*, No. 1:02-cv-0975, ECF # 19 & April 25th Minute Order (April 5, 2011) (enlarging time for response to writs of attachment by 21 days).

5.      Accordingly, ICANN and Plaintiffs have agreed to enlarge ICANN's time to respond to the Writ of Attachment and Subpoena by 21 days, making the responses due on or before July 28, 2014

6.      ICANN and Plaintiffs have further agreed that neither this Consent Motion, nor the negotiations that led to it, shall be deemed a submission to this Court's jurisdiction or waiver or release of any rights, defenses, challenges or claims that may be asserted by ICANN or Plaintiffs in connection with the Writ of Attachment, any judgments underlying the Writ of Attachment, the Subpoena or any related proceedings.  In addition, ICANN and Plaintiffs have

agreed that the 4-week time period within which Plaintiffs must apply for a judgment against ICANN, under D.C. Superior Court Civil Rule 69-I(e), will not begin to run until the parties agree, or absent such agreement until the Court has determined, that ICANN has fulfilled its obligations in response to the Subpoena and in no event shall such period expire before September 8, 2014. The parties further agree that Plaintiffs' lien shall be correspondingly extended.

7.      Attached is a [Proposed] Order granting this Consent Motion.

WHEREFORE, ICANN and Plaintiffs, by counsel, requests that this Court enter the [Proposed] Order granting ICANN an extension of time through and including July 28, 2014 to respond to the Writ of Attachment and Subpoena and granting Plaintiffs a corresponding extension of their time to apply for a judgment pursuant to D.C. Superior Court Civil Rule 69-I(e) and an extension of their lien as set forth herein.

Dated:  July 7, 2014

Respectfully submitted,


/s/ Tara Lynn R. Zurawski_____          /s/ Robert  J. Tolchin_____

Tara Lynn R. Zurawski (DC Bar No. 980960)        Robert J. Tolchin
JONES DAY                                        Berkman Law Office, LLC
51 Louisiana Avenue, NW                          111 Livingston Street, Suite 1928
Washington, DC  20001-2113                       Brooklyn, NY  11201
Email: tzurawski@jonesday.com                    Telephone: (718) 855-3627
Telephone: (202) 879-2113                        Facsimile: (718) 855-4696
Facsimile: (202) 626-1700

                                                 *Counsel for PLAINTIFFS*
Eric P. Enson (pro hac vice to be filed)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071
Email: epenson@jonesday.com
Telephone: (213) 243-2304
Facsimile: (213) 243-2539


*Counsel for Garnishee INTERNET
CORPORATION FOR ASSIGNED NAMES
AND NUMBERS*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on July 7, 2014, I filed the foregoing Consent Motion for Extension of Time to Respond to Writ of Attachment and Related Subpoena with the Clerk of the Court for the U.S. District Court for the District of Columbia using its CM/ECF System.

I further certify that I served one copy by First Class Mail, postage prepaid, on the following:

Robert J. Tolchin
Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201

*Counsel for Plaintiff*

Dated:  July 7, 2014

*/s/ Tara Lynn R. Zurawski*

Tara Lynn R. Zurawski (DC Bar No. 980960)