IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Seth Charles Ben Haim, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> The Islamic Republic of Iran, *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 02-1811-RCL <br><br> **HEARING REQUEST** |

### INTERNET CORPORATION FOR ASSIGNED NAME AND NUMBERS' MOTION TO QUASH WRIT OF ATTACHMENT

The Internet Corporation for Assigned Names and Numbers ("ICANN"), a non-party, by counsel, respectfully moves this Court to quash the Writ of Attachment on Judgment Other Than Wages, Salary And Commissions ("Writ of Attachment") issued by Plaintiffs in the above-entitled action, for the reasons set forth in ICANN's accompanying Memorandum.[1]

Furthermore, ICANN, in accordance with Local Civil Rule 78.1, requests that an oral hearing be scheduled to inform the Court's ruling on the Motion.

---

[1] Plaintiffs issued to ICANN, and ICANN is moving to quash, writs of attachment in seven actions: (1) *Rubin, et al. v. Islamic Republic of Iran, et al.*, Case No. 01-1655-RMU; (2) *Haim, et al. v. Islamic Republic of Iran, et al.*, Case No. 02-1811-RCL; (3) *Haim, et al. v. Islamic Republic of Iran, et al.*, Case No. 08-520-RCL; (4) *Stern, et al. v. Islamic Republic of Iran, et al.*, Case No. 00-2602-RCL; (5) *Weinstein, et al. v. Islamic Republic of Iran, et al.*, Case No. 00-2601-RCL; (6) *Wyatt, et al. v. Syrian Arab Republic, et al.*, Case No. 08-502-RCL; and (7) *Calderon-Cardona, et al. v. Democratic People's Republic of North Korea, et al.*, Case No. 14-mc-648-RCL.  All of these actions were assigned to this Court, with the exception of the *Calderon-Cardona* matter, which is unassigned, and the *Rubin* matter, which was assigned to now-retired Judge Ricardo M. Urbina, but has not been re-assigned to another Judge. Accordingly, ICANN has filed a Motion to Consolidate Consideration of, and Hearing on, ICANN's Motions to Quash requesting that this Court consider and rule upon all of ICANN's Motions to Quash, including the motions filed in the *Calderon-Cardona* and *Rubin* cases.

Dated: July 28, 2014

Respectfully submitted,

*/s/ Tara Lynn R. Zurawski*

Tara Lynn R. Zurawski (DC Bar No. 980960)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: (202) 879-2113
Facsimile: (202) 626-1700
Email: tzurawski@jonesday.com

Jeffrey A. Levee (*pro hac vice* to be filed)
Eric P. Enson (*pro hac vice* to be filed)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 243-2572
Telephone: (213) 243-2304
Facsimile: (213) 243-2539
Email: jlevee@jonesday.com
Email: epenson@jonesday.com

*Counsel for Non-Party INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS*

**CERTIFICATE OF SERVICE**

   I certify that on July 28, 2014, I filed the foregoing Motion To Quash Writ of Attachment, and a [Proposed] Order thereon, with the Clerk of the Court for the U.S. District Court for the District of Columbia using its CM/ECF System, and I caused to be served one copy of the foregoing Motion by First Class Mail, postage prepaid, on the following:

Robert J. Tolchin
Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201

*Counsel for Plaintiffs*

                */s/ Tara Lynn R. Zurawski*

                Tara Lynn R. Zurawski (DC Bar No. 980960)