IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Seth Charles Ben Haim, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>The Islamic Republic of Iran, et al., )<br>)<br>Defendants. )<br>)<br>) | CIVIL ACTION NO. 02-1811-RCL |

**[PROPOSED] ORDER**

Upon consideration of non-party garnishee Internet Corporation for Assigned Names and Numbers' Motion to Quash Writ of Attachment, any reply, and counsel's oral argument, it is hereby:

**ORDERED** that the motion is **GRANTED**.  Plaintiffs' Writ of Attachment on Judgment Other Than Wages, Salary And Commissions against Internet Corporation for Assigned Names and Numbers is **QUASHED** and Internet Corporation for Assigned Names and Number has no further duties or responsibilities relating to the Writ of Attachment.

**IT IS SO ORDERED.**


Dated: _____          _____
                                                                            United States District Judge

-2-

Robert Joseph Tolchin
THE BERKMAN LAW OFFICE, LLC
111 Livingston Street
Suite 1928
Brooklyn, NY 11201
Telephone: (718) 855-3627
Facsimile: (718) 504-4943
Email: rtolchin@berkmanlaw.com

*Counsel for Plaintiffs*
*SETH CHARLES BEN HAIM, et al.*


Tara Lynn R. Zurawski (DC Bar No. 980960)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: (202) 879-2113
Facsimile: (202) 626-1700
Email: tzurawski@jonesday.com

Jeffrey A. Levee (*pro hac vice* to be filed)
Eric P. Enson (*pro hac vice* to be filed)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 243-2572
Telephone: (213) 243-2304
Facsimile: (213) 243-2539
Email: jlevee@jonesday.com
Email: epenson@jonesday.com

*Counsel for Garnishee INTERNET CORPORATION*
*FOR ASSIGNED NAMES AND NUMBERS*

LAI-3219858v1