IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Seth Charles Ben Haim, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> The Islamic Republic of Iran, et al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 02-1811-RCL |

**NON-PARTY ICANN'S MOTION TO CONSOLIDATE CONSIDERATION OF, AND HEARING ON, ICANN'S MOTIONS TO QUASH PLAINTIFFS' WRITS OF ATTACHMENT**

Non-party Internet Corporation for Assigned Names and Numbers ("ICANN"), hereby moves the Court for an Order consolidating consideration of, and hearing on, ICANN's Motions to Quash Writs of Attachment issued by Plaintiffs, as set forth below.

1. Plaintiffs issued to ICANN Writs of Attachment in seven separate, but related actions: (1) *Rubin, et al. v. Islamic Republic of Iran, et al.*, Case No. 01-1655-RMU; (2) *Haim, et al. v. Islamic Republic of Iran, et al.*, Case No. 02-1811-RCL; (3) *Haim, et al. v. Islamic Republic of Iran, et al.*, Case No. 08-520-RCL; (4) *Stern, et al. v. Islamic Republic of Iran, et al.*, Case No. 00-2602-RCL; (5) *Weinstein, et al. v. Islamic Republic of Iran, et al.*, Case No. 00-2601-RCL; (6) *Wyatt, et al. v. Syrian Arab Republic, et al.*, Case No. 08-502-RCL; and (7) *Calderon-Cardona, et al. v. Democratic People's Republic of North Korea, et al.*, Case No. 14-mc-648.

2. All of these actions, with the exception of the *Rubin* and *Calderon-Cardona* matters, have been assigned to this Court. The *Calderon-Cardona* matter remains unassigned. The *Rubin* matter was assigned to Judge Ricardo M. Urbina, who retired from the bench in 2012. Because the *Rubin* matter was closed prior to Judge Urbina's retirement, it appears that the case was not re-assigned to another Judge.

3. On July 29, 2014, ICANN filed identical Motions to Quash the Writs of Attachment in each of the seven matters listed above and requested a hearing in each matter. ICANN's Motions to Quash are "related" to one another, as that term is used in Local Civil Rule 40.5(a)(3), because they "involve common issues of fact" and "grow out of the same event or transaction." Moreover, ICANN's Motions to Quash present identical legal issues.

4. For the sake of judicial efficiency and to provide Plaintiffs' and ICANN with certainty as to the Motions to Quash and the Writs of Attachment, ICANN respectfully requests that this Court issue an Order consolidating the consideration of, and hearing on, all seven of ICANN's Motions to Quash, including the motion filed in *Calderon-Cardona* and *Rubin*

Dated: July 29, 2014                                    Respectfully submitted,


*/s/ Tara Lynn R. Zurawski*
Tara R. Zurawski (DC Bar No. 980960)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Email: tzurawski@jonesday.com
Telephone: (202) 879-2113
Facsimile: (202) 626-1700

Jeffrey A. LeVee (*pro hac vice* pending)
Eric P. Enson (*pro hac vice* pending)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Email: epenson@jonesday.com
Telephone: (213) 243-2304
Facsimile: (213) 243-2539
Email: jlevee@jonesday.com
Email: epenson@jonesday.com

Counsel for Non-Party INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS

## CERTIFICATE OF SERVICE

I certify that on July 29, 2014, I filed the foregoing **Non-Party ICANN's Motion to Consolidate Consideration Of, And Hearing On, ICANN's Motions to Quash Plaintiffs' Writs Of Attachment** with the Clerk of the Court for the U.S. District Court for the District of Columbia using its CM/ECF System, and I caused to be served one copy of the foregoing Motion by First Class Mail, postage prepaid, on the following:

    Robert J. Tolchin
    Berkman Law Office, LLC
    111 Livingston Street, Suite 1928
    Brooklyn, NY 11201

    *Counsel for Plaintiffs*

Dated: July 29, 2014

    */s/ Tara Lynn R. Zurawski*

    Tara Lynn R. Zurawski (DC Bar No. 980960)

LAI-3218727v1