IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Seth Charles Ben Haim, *et al.*, <br><br>Plaintiffs, <br><br> v. <br><br> The Islamic Republic of Iran, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 02-1811-RCL |

### [PROPOSED] ORDER

Upon consideration of non-party Internet Corporation for Assigned Names and Numbers' Motion to Consolidate Consideration Of, And Hearing On, ICANN's Motions to Quash Plaintiffs' Writs of Attachment, any reply, and counsel's oral argument, it is hereby:

**ORDERED** that the motion is **GRANTED**. The Court will consolidate the consideration of, and hearing on, all seven of ICANN's Motions to Quash, including the motion filed in the *Calderon-Cardona* and *Rubin* matters.

**IT IS SO ORDERED.**


Dated: _____          _____
                                                                    United States District Judge

Robert Joseph Tolchin
THE BERKMAN LAW OFFICE, LLC
111 Livingston Street
Suite 1928
Brooklyn, NY 11201
Telephone: (718) 855-3627
Facsimile: (718) 504-4943
Email: rtolchin@berkmanlaw.com

*Counsel for Plaintiffs*
*SETH CHARLES BEN HAIM, et al.*


Tara Lynn R. Zurawski (DC Bar No. 980960)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: (202) 879-2113
Facsimile: (202) 626-1700
Email: tzurawski@jonesday.com

Jeffrey A. Levee (*pro hac vice* to be filed)
Eric P. Enson (*pro hac vice* to be filed)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 243-2572
Telephone: (213) 243-2304
Facsimile: (213) 243-2539
Email: jlevee@jonesday.com
Email: epenson@jonesday.com

*Counsel for Non-Party INTERNET CORPORATION*
 *FOR ASSIGNED NAMES AND NUMBERS*