IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Seth Charles Ben Haim, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>The Islamic Republic of Iran, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 02-1811-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION SUPERSEDING PREVIOUS CONSENT MOTION FOR AN EXTENSION OF TIME TO**
**RESPOND TO WRIT OF ATTACHMENT AND RELATED SUBPOENA**

　　The Internet Corporation for Assigned Names and Numbers ("ICANN"), a non-party garnishee, and the Plaintiffs in the underlying action hereby jointly move for an order extending Plaintiffs' time periods pursuant to D.C. Superior Court Civil Rule 69-I (d) and (e) and an extension of the Plaintiffs' lien, as set forth below.  In support of this consent motion, the parties submit the following:

　　1.　　On June 25, 2014, Plaintiffs served ICANN with a Writ of Attachment on Judgment Other Than Wages, Salary And Commissions ("Writ of Attachment") aimed at satisfying a $16,000,000 judgment against the defendants in the underlying action.  On the same day, Plaintiffs served ICANN with a subpoena duces tecum ("Subpoena") seeking documents relating to the assets of the defendants in the underlying action.

　　2.　　The Writ of Attachment required ICANN to respond to the interrogatories contained in the Writ of Attachment by July 7, 2014, and the Subpoena called for a response on the same date.

3. Given the press of ICANN's ordinary business, the July 4th holiday, and the due diligence and research necessary to review these matters, ICANN required additional time to respond to the Writ of Attachment and the Subpoena.

4. Through counsel, ICANN and Plaintiffs met and conferred in good faith to reach an agreement on the amount of time needed for ICANN to respond to the Writ of Attachment and Subpoena. In this District, an extension of time to respond to writs of attachment and related discovery is freely given, particularly where the parties agree on such an extension. *See Heiser v. Islamic Republic of Iran*, No. 1:00-cv-02329, ECF #190, 199 & Minute Orders (D.D.C. July 6-7 & Aug. 16, 2011) (granting 30-day extensions in the time for garnishees to respond to writs of attachment); *Rubin v. Hamas-Islamic Resistance Movement*, No. 1:02-cv-0975, ECF # 19 & April 25th Minute Order (April 5, 2011) (enlarging time for response to writs of attachment by 21 days).

5. Accordingly, ICANN and Plaintiffs agreed to enlarge ICANN's time to respond to the Writ of Attachment and Subpoena by 21 days, making the responses due on or before July 28, 2014, and the parties filed a Consent Motion to that effect, on July 7, 2014.

6. ICANN and Plaintiffs further agreed that neither the Consent Motion, nor the negotiations that led to it, shall be deemed a submission to this Court's jurisdiction or waiver or release of any rights, defenses, challenges or claims that may be asserted by ICANN or Plaintiffs in connection with the Writ of Attachment, any judgments underlying the Writ of Attachment, the Subpoena or any related proceedings. In addition, ICANN and Plaintiffs agreed that Plaintiffs' time periods pursuant to D.C. Superior Court Civil Rule 69-I (e), will not begin to run until the parties agree, or absent such agreement until the Court has determined, that ICANN has fulfilled its obligations in response to the Subpoena and in no event shall such periods expire

before September 8, 2014. The parties further agreed that Plaintiffs' lien shall be correspondingly extended.

7. On July 28, 2014, ICANN filed its response to the Writ of Attachment and served a response to the Subpoena. In addition, on July 29, 2014, ICANN filed a Motion to Quash the Writ of Attachment.

8. ICANN and Plaintiffs now agree that Plaintiffs' time periods pursuant to D.C. Superior Court Civil Rule 69-I (d) and (e), will not begin to run until the parties agree, or absent such agreement, until the Court has determined, that ICANN has fulfilled its obligations in response to the Subpoena and in no event shall such periods expire before September 8, 2014. The parties further agree that Plaintiffs' lien shall be correspondingly extended, unless ICANN's Motion to Quash is granted.

9. Attached is a [Proposed] Order granting this Consent Motion and is intended to supersede the Consent Motion filed by the parties in this action on July 7, 2014.

Dated:  August 4, 2014

Respectfully submitted,

| | |
|---|---|
| */s/ Tara Lynn R. Zurawski* | /s/ Robert  J. Tolchin |
| Tara Lynn R. Zurawski (DC Bar No. 980960)<br>JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC  20001-2113<br>Email: tzurawski@jonesday.com<br>Telephone: (202) 879-2113<br>Facsimile: (202) 626-1700<br><br>Eric P. Enson (pro hac vice)<br>JONES DAY<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA  90071<br>Email: epenson@jonesday.com<br>Telephone: (213) 243-2304<br>Facsimile: (213) 243-2539<br><br>*Counsel for Garnishee INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS* | Robert J. Tolchin<br>Berkman Law Office, LLC<br>111 Livingston Street, Suite 1928<br>Brooklyn, NY  11201<br>Telephone: (718) 855-3627<br>Facsimile: (718) 855-4696<br><br>*Counsel for PLAINTIFFS* |

WHEREFORE, ICANN and Plaintiffs, by counsel, requests that this Court enter the [Proposed] Order granting ICANN an extension of time through and including July 28, 2014 to respond to the Writ of Attachment and Subpoena and granting Plaintiffs a corresponding extension of their time periods pursuant to D.C. Superior Court Civil Rule 69-I(d) and (e) and an extension of their lien as set forth herein.

## **CERTIFICATE OF SERVICE**

     I certify that on August 4, 2014, I filed the foregoing Consent Motion Superseding Previous Consent Motion for Extension of Time to Respond to Writ of Attachment and Related Subpoena with the Clerk of the Court for the U.S. District Court for the District of Columbia using its CM/ECF System. I certify that the foregoing Motion was served via CM/ECF pursuant to LCvR 5.4(d).

Dated:  August 4, 2014

                */s/ Robert Tolchin*

Robert J. Tolchin
Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY  11201
Telephone: (718) 855-3627
Facsimile: (718) 855-4696