IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Seth Charles Ben Haim, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>Islamic Republic of Iran, *et al.*,<br><br>  Defendants. | CIVIL ACTION NO. 02-1811-RCL |

### [PROPOSED] ORDER

Upon consideration of Internet Corporation for Assigned Names and Numbers ("ICANN") and Plaintiffs' Consent Motion Superseding Previous Consent Motion For an Extension of Time to Respond to Writ of Attachment and Related Subpoena, and good cause appearing, it is hereby:

**ORDERED** that ICANN and Plaintiffs' Consent Motion is **GRANTED**. ICANN's response to the writ of attachment and subpoena was due on July 28, 2014. Plaintiffs' time periods pursuant to D.C. Superior Court Civil Rule 69-I (d) and (e) shall not begin to run until the parties agree, or absent such agreement, until the Court has determined, that ICANN has fulfilled its obligations in response to the Subpoena and in no event shall such periods expire before September 8, 2014. Plaintiffs' lien is correspondingly extended, unless ICANN's Motion to Quash is granted.

**IT IS SO ORDERED.**

Dated: _____          _____

United States District Judge