UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------------------------------------------- X

SETH CHARLES BEN HAIM, *et al.*,
        Plaintiffs-Judgment Creditors,
  v.
ISLAMIC REPUBLIC OF IRAN, and THE IRANIAN
MINISTRY OF INFORMATION AND SECURITY,
        Defendant-Judgment Debtors,

   and

INTERNET CORPORATION FOR ASSIGNED NAMES
AND NUMBERS,

        Garnishee
-------------------------------------------------------------------- X

Civ. No: 02-1811 (RCL)
Civ. No. 08-520 (RCL)

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Compel Production of Documents in Response to Subpoena, it is hereby:

ORDERED that the Motion is GRANTED. The Internet Corporation for Assigned Names and Numbers is directed to produce documents in response to Plaintiffs-Judgment Creditors subpoena dated June 23, 2014 within seven days of the entry of this order.

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
United States District Judge