IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 3 2014

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| SETH CHARLES BEN HAIM, ET AL., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 02-1811-RCL |
| THE ISLAMIC REPUBLIC OF IRAN, ET AL., | ) |
| Defendants. | ) |

[~~PROPOSED~~] ORDER

Upon consideration of the Motion for Admission *pro hac vice* of Eric P. Enson, it is, on this 12th day of Aug. 2014, hereby ORDERED that the Motion for Admission *pro hac vice* is GRANTED, and that Eric P. Enson be, and that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above-captioned case.

IT IS SO ORDERED.

Dated: 8/12/14

ROYCE C. LAMBERTH
United States District Judge