# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jenny Rubin, et al. | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 01-1655-RCL |
| The Islamic Republic of Iran, et al. | ) ) ) | |
| Defendants. | ) ) | |
| Susan Weinstein, et al. | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 00-2601-RCL |
| The Islamic Republic of Iran, et al. | ) ) ) | |
| Defendants. | ) ) | |
| Seth Charles Ben Haim, et al. | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 02-1811-RCL<br>CIVIL ACTION NO. 08-520-RCL |
| The Islamic Republic of Iran, et al. | ) ) ) | |
| Defendants. | ) ) | |
| Ruth Calderon-Cardona, et al. | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | MISC. NO. 14-648-RCL |
| Democratic People's Republic of Korea, et al. | ) ) ) ) | |
| Defendants. | ) ) | |

| | |
|---|---|
| Mary Nell Wyatt, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Syrian Arab Republic, et al. ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 08-502-RCL |
| Shaul Stern, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> The Islamic Republic of Iran, et al. ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 00-2602-RCL |

**DECLARATION OF ERIC P. ENSON IN SUPPORT OF NON-PARTY ICANN'S OPPOSITION TO PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO QUASH WRITS OF ATTACHMENT**

I, Eric P. Enson, declare and affirm as follows:

1. I am a partner with the law firm of Jones Day, a member of the California Bar and I have been admitted *pro hac vice* in these matters. Jones Day is counsel of record to the Internet Corporation for Assigned Names and Numbers ("ICANN") in these actions. I have personal knowledge of the matters set forth herein and am competent to testify to those matters. I make this declaration in support of Non-Party ICANN's Opposition to Plaintiffs' Motion for Enlargement of Time to Respond to Motion to Quash Writs of Attachment ("Motion").

2. On June 24, 2014, Plaintiffs issued writs of attachment ("Writs of Attachment") and subpoenas *duces tecum* ("Subpoenas") in the following seven matters: (1) *Rubin, et al. v. Islamic Republic of Iran, et al.*, Case No. 01-1655-RCL; (2) *Haim, et al. v. Islamic Republic of*

*Iran, et al.*, Case No. 02-1811-RCL; (3) *Haim, et al. v. Islamic Republic of Iran, et al.*, Case No. 08-520-RCL; (4) *Stern, et al. v. Islamic Republic of Iran, et al.*, Case No. 00-2602-RCL; (5) *Weinstein, et al. v. Islamic Republic of Iran, et al.*, Case No. 00-2601-RCL; (6) *Wyatt, et al. v. Syrian Arab Republic, et al.*, Case No. 08-502-RCL; and (7) *Calderon-Cardona, et al. v. Democratic People's Republic of North Korea, et al.*, Case No. 14-mc-648-RCL.

3. On July 1, 2014, I sent an email to Plaintiffs' counsel, Robert Tolchin of the Berkman Law Office, LLC, requesting a 21-day extension in ICANN's time to respond to the Writs of Attachment and Subpoenas. On July 2, 2014, Mr. Tolchin responded by email. Attached hereto as Exhibit A is a true and correct copy of my July 1, 2014 email to Mr. Tolchin and his July 2, 2014 response. Mr. Tolchin ultimately agreed to ICANN's requested extension and proposed consent motions, on July 7, 2014.

4. On July 28, 2014, ICANN filed its responses to the Writs of Attachment certifying, under oath, that ICANN is not indebted to the defendants in any way and that ICANN does not hold any "goods, chattels, or credits" of the defendants, and ICANN served Plaintiffs with objections and responses to the Subpoenas. On July 29, 2014, ICANN filed Motions to Quash the Writs of Attachment.

5. On July 31, 2014, Plaintiffs' counsel, Dina Rovner of the Shurat HaDin Israel Law Center, called me and requested a six-week extension in Plaintiffs' time to respond to the Motions to Quash, making them due on September 30, 2014.

6. On August 1, 2014, I sent Mr. Tolchin and Ms. Rovner an email responding to Plaintiffs' request for an extension offering Plaintiffs a three-week extension, for the reasons set forth in my email. Attached hereto as Exhibit B is a true and correct copy of my August 1, 2014 email to Mr. Tolchin and Mr. Rovner.

7.      On August 2, 2014, Mr. Tolchin sent me an email responding to my August 1, 2014 email. Attached hereto as Exhibit C is a true and correct copy of Mr. Tolchin's August 2, 2014 email to me.

8.      On August 4, 2014, I spoke with Ms. Rovner by telephone about the extension and explained that ICANN may be willing to provide Plaintiffs with more than a three-week extension, and I suggested that Plaintiffs make a counterproposal somewhere between the six-week extension requested by Plaintiffs and the three-week extension offered by ICANN. I made the same suggestion of a counterproposal to Mr. Tolchin in an August 4, 2014 email to him in response to his August 2, 2014 email. Attached hereto as Exhibit D is a true and correct copy of my August 4, 2014 email to Mr. Tolchin.

9.      Neither Mr. Tolchin nor Mr. Rovner responded to my request for a counterproposal.

10.     Plaintiffs filed this Motion without notifying ICANN of their intent to file the Motion or requesting to meet and confer about the Motion.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

This declaration was signed on August 14, 2014 at Los Angeles, California.

_____
Eric P. Enson

# Exhibit A

Jenny Rubin *et al.*
Consolidated Civil Action No. 01-1655-RCL



Subject:
Re: Subpoenas and Writs of Attachment to ICANN
From:
Robert Tolchin
07/02/2014 05:54 PM
To:
Eric P. Enson
Cc:
Robert Tolchin
Hide Details
From: Robert Tolchin <rtolchin@berkmanlaw.com>

To: "Eric P. Enson" <epenson@jonesday.com>,
Cc: Robert Tolchin <rjt.berkman@gmail.com>
History: This message has been replied to.

Eric,

I apologize for taking so long to respond. I'm sure you realize that given how many cases are involved I have to report to and get clearance from quite a group of people.

Anyway, some questions about your request:

1) There's a feeling that the 3 weeks you're requesting is too long. Would you consider less?

2) Regarding the subpoenas I would hate to enlarge your time to respond only to get a bunch of objections and no documents. Are you seeking an enlargement to comply or just to serve objections? If the latter why not serve your objections now and we can get right to work on the motion to compel.

3) We're concerned that the deadlines for responding to the writ of attachment are statutory. Do you have authority for the proposition that we can enlarge them without it being "so-ordered"?

4) If we do agree to the enlargement please confirm that you would reciprocate with any enlargements that we would need to respond to your response, etc.

--Bob Tolchin

Sent from my iPhone


On Jul 1, 2014, at 3:09 PM, "Eric P. Enson" <epenson@jonesday.com> wrote:

> Robert,
>
>     I am counsel for the Internet Corporation for Assigned Names and Numbers and will be handling ICANN's responses to the writs of attachment and subpoenas you served on ICANN. By my math, ICANN's responses to the subpoenas and writs are due on July 7, 2014. As I am sure you know, ICANN just completed its London meeting and a number of ICANN representatives are not yet back in the

United States or back to work.  Given this, as well as the July 4th holiday, I would like to request a three-week extension in the time for ICANN to respond.  This extension would make the responses due on July 28, 2014.  Please let me know whether you agree to this timetable, as soon as you can.  Thank you and let me know if you would like to discuss.

Eric

Eric P. Enson
**JONES DAY® - One Firm Worldwide**
555 S. Flower St., 50th Floor
Los Angeles, CA.  90071
Office +213.243.2304
Mobile +310.503.1774
Email epenson@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

# Exhibit B

Jenny Rubin *et al.*
Consolidated Civil Action No. 01-1655- RCL

| | | |
|---|---|---|
| Subject: | ICANN Motion to Quash Response Date | |
| From: | Eric P. Enson | 08/01/2014 01:17 PM |
| | Extension: 32304 | |
| To: | Robert Tolchin, Rovner Dina, Robert Tolchin | |

Bob and Dina,

    I have discussed with ICANN your requested extension in the time to respond to ICANN's motions to quash. Unfortunately, ICANN cannot provide you with the requested extension to September 30, 2014. As I mentioned, ICANN is interested in resolving this matter as soon as possible. But ICANN is willing to extend your response date by 21 days, the same extension ICANN received for its responses to the writs of attachment. I believe this would make Plaintiffs' responses to ICANN's motions due on September 2, 2014. In return, ICANN would like a 7-day extension in its time to file a reply brief. Please let me know if you would like to discuss. Thank you.

Eric

Eric P. Enson
**JONES DAY® - One Firm Worldwide**
555 S. Flower St., 50th Floor
Los Angeles, CA. 90071
Office +213.243.2304
Mobile +310.503.1774
Email epenson@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

# Exhibit C

Jenny Rubin *et al.*
Consolidated Civil Action No. 01-1655- RCL

Subject:
Re: ICANN Motion to Quash Response Date
From:
Robert Tolchin
08/02/2014 08:06 PM
To:
Eric P. Enson
Cc:
Rovner Dina, Leitner, Meir Katz, Nitsana Darshan-Leitner
Hide Details
From: Robert Tolchin <rtolchin@berkmanlaw.com>
To: "Eric P. Enson" <epenson@jonesday.com>,
Cc: Rovner Dina <dsrovner@gmail.com>, Leitner <nitsanad@zahav.net.il>, Meir Katz <mkatz@berkmanlaw.com>, Nitsana Darshan-Leitner <nitsanaleitner@gmail.com>
History: This message has been replied to and forwarded.

There is no connection between the time you asked for and received to file your motion and the time we would like to take to respond to it. That's like me insisting that you eat Grape Nuts tonight because I ate Grape Nuts tonight.

We have told you that we wish to accommodate vacation schedules, so your (or your client's, if they're really driving this) insistence on a return date in August when we have already told you that relevant people will be on vacation then is, bluntly, downright rude.

And your statement that "ICANN is interested in resolving this matter as soon as possible" is just sloganeering. The mere pendency of this matter does not harm or prejudice ICANN one bit, and if its pending for an extra month or two while you wait for us to file our brief that will create no extra costs or burden for ICANN.

I would urge you to please quit being difficult. It is unbecoming.


On Fri, Aug 1, 2014 at 4:17 PM, Eric P. Enson <epenson@jonesday.com> wrote:
> Bob and Dina,
>
>       I have discussed with ICANN your requested extension in the time to respond to ICANN's motions to quash.  Unfortunately, ICANN cannot provide you with the requested extension to September 30, 2014.  As I mentioned, ICANN is interested in resolving this matter as soon as possible.  But ICANN is willing to extend your response date by 21 days, the same extension ICANN received for its responses to the writs of attachment.  I believe this would make Plaintiffs' responses to ICANN's motions due on September 2, 2014.  In return, ICANN would like a 7-day extension in its time to file a reply brief.  Please let me know if you would like to discuss.  Thank you.
>
> Eric
>
> Eric P. Enson
> **JONES DAY® - One Firm Worldwide**
> 555 S. Flower St., 50th Floor
> Los Angeles, CA.  90071
> Office +213.243.2304

Mobile +310.503.1774
Email epenson@jonesday.com


==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========



--


Robert J. Tolchin, Esq.
THE BERKMAN LAW OFFICE, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

# Exhibit D

Jenny Rubin *et al.*
Consolidated Civil Action No. 01-1655- RCL

| | | |
|---|---|---|
| Subject: | Re: ICANN Motion to Quash Response Date | |
| From: | Eric P. Enson | 08/04/2014 12:58 PM |
| | Extension: 32304 | |
| To: | Robert Tolchin | |
| Cc: | Rovner Dina, Meir Katz, Leitner, Nitsana Darshan-Leitner | |

Bob,

    This is the second or third time you have questioned ICANN's good faith, so I think it is important to remind you of the history of this action and again explain ICANN's position. As an initial matter, Plaintiffs alone decided to issue the writs of attachment during the summer and in advance of summer vacations. Plaintiffs also decided to do so without engaging ICANN or attempting to have a dialogue about these ccTLDs, which may have avoided the time, expense and distraction of this litigation.

    I requested a 21-day extension to the writs of attachment, and you told me that your clients felt three weeks was "too long" because they wanted to conclude these attachment proceedings quickly. You also stated that you wanted to move forward in a timely fashion to protect the priority of your "lien." You ultimately agreed to the extension, but you did so only after adding (on the day our responses were due) new terms regarding subpoena compliance and other issues to ensure that your "rights are not negatively affected."

    Then, prior to filing ICANN's responses and motions to quash, I reached out to you in an effort to resolve this matter without motions practice. Based on our conversation, you asked for, and I gave you in writing, a detailed outline of our legal positions and citations to evidence that supported our positions. I also suggested that it might be efficient to extend the writ of attachment response dates so that we could discuss these matters further and ICANN could provide Plaintiffs with more information about these ccTLDs. To put it kindly (and ignoring your outbursts over the phone), you rejected this approach and forced ICANN to move forward with the filing of its responses and motions to quash.

    After ICANN's filings, Plaintiffs realized that they failed to seek or obtain an extension in their time to file a motion to traverse, under DC Superior Court Rule 69-I(d). Accordingly, Plaintiffs sought from ICANN an after-the-fact extension to this deadline, which ICANN provided although it had nothing to gain from the stipulation. And ICANN did so even after you sent an offensive email, similar to the one below, attacking ICANN for what you incorrectly termed as "delay tactics."

    Now, after your claims about moving forward in a timely fashion and avoiding delay, Plaintiffs want 9 weeks to oppose ICANN's motions to quash, making the opposition due on September 30, 2014. As I have mentioned before, ICANN is willing to provide a reasonable extension, to try to accommodate your vacation schedules, but ICANN cannot wait another two months to receive Plaintiffs' response to the motions to quash.

    It is not a "slogan" to say that ICANN has a large community that expects ICANN to resolve these matters quickly. Nor is it false to say that ICANN may suffer prejudice by allowing these purported "liens" to languish. ICANN has not insisted that Plaintiffs' oppositions come due while Plaintiffs' counsel is vacationing. And ICANN has not insisted on a return date in August. ICANN has merely insisted that any extension be reasonable, aimed at resolving this matter in a timely fashion and not prejudice ICANN, which are exactly the same conditions you rightly applied to ICANN's request for an extension.

    ICANN has offered Plaintiffs an extension to September 2, with a reply date of September 16. With all that your email below contains, it lacks any sort of counter-proposal. If you would like to make one, I will discuss it with ICANN. Thank you.

Eric

Eric P. Enson

JONES DAY® - One Firm Worldwide
555 S. Flower St., 50th Floor
Los Angeles, CA. 90071
Office +213.243.2304
Mobile +310.503.1774
Email epenson@jonesday.com

| | | | |
|---|---|---|---|
| Robert Tolchin | | There is no connection between the time you as... | 08/02/2014 08:06:54 PM |
| From: | Robert Tolchin <rtolchin@berkmanlaw.com> | | |
| To: | "Eric P. Enson" <epenson@jonesday.com>, | | |
| Cc: | Rovner Dina <dsrovner@gmail.com>, Leitner <nitsanad@zahav.net.il>, Meir Katz <mkatz@berkmanlaw.com>, Nitsana Darshan-Leitner <nitsanaleitner@gmail.com> | | |
| Date: | 08/02/2014 08:06 PM | | |
| Subject: | Re: ICANN Motion to Quash Response Date | | |

There is no connection between the time you asked for and received to file your motion and the time we would like to take to respond to it. That's like me insisting that you eat Grape Nuts tonight because I ate Grape Nuts tonight.

We have told you that we wish to accommodate vacation schedules, so your (or your client's, if they're really driving this) insistence on a return date in August when we have already told you that relevant people will be on vacation then is, bluntly, downright rude.

And your statement that "ICANN is interested in resolving this matter as soon as possible" is just sloganeering. The mere pendency of this matter does not harm or prejudice ICANN one bit, and if its pending for an extra month or two while you wait for us to file our brief that will create no extra costs or burden for ICANN.

I would urge you to please quit being difficult. It is unbecoming.


On Fri, Aug 1, 2014 at 4:17 PM, Eric P. Enson <epenson@jonesday.com> wrote:
Bob and Dina,

   I have discussed with ICANN your requested extension in the time to respond to ICANN's motions to quash. Unfortunately, ICANN cannot provide you with the requested extension to September 30, 2014. As I mentioned, ICANN is interested in resolving this matter as soon as possible. But ICANN is willing to extend your response date by 21 days, the same extension ICANN received for its responses to the writs of attachment. I believe this would make Plaintiffs' responses to ICANN's motions due on September 2, 2014. In return, ICANN would like a 7-day extension in its time to file a reply brief. Please let me know if you would like to discuss. Thank you.

Eric

Eric P. Enson
JONES DAY® - One Firm Worldwide
555 S. Flower St., 50th Floor

Los Angeles, CA. 90071
Office +213.243.2304
Mobile +310.503.1774
Email epenson@jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

--
Robert J. Tolchin, Esq.
THE BERKMAN LAW OFFICE, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========