**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Jenny Rubin, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 01-1655-RCL |
| | ) | |
| The Islamic Republic of Iran, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Susan Weinstein, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 00-2601-RCL |
| | ) | |
| The Islamic Republic of Iran, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Seth Charles Ben Haim, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 02-1811-RCL |
| | ) | CIVIL ACTION NO. 08-520-RCL |
| The Islamic Republic of Iran, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Ruth Calderon-Cardona, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | MISC. NO. 14-648-RCL |
| | ) | |
| Democratic People's Republic of Korea, et al. | ) | |
| | ) | |
| Defendants. | ) | |



| Mary Nell Wyatt, et al. | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 08-502-RCL |
| Syrian Arab Republic, et al. | ) | |
| Defendants. | ) | |
| Shaul Stern, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 00-2602-RCL |
| The Islamic Republic of Iran, et al. | ) | |
| Defendants. | ) | |

## **CONSENT MOTION REGARDING PLAINTIFFS' MOTION TO COMPEL**

Nonparty Internet Corporation for Assigned Names and Numbers ("ICANN") and Plaintiffs hereby jointly move for an Order in the above-referenced actions regarding Plaintiffs' Motion to Compel Production of Documents ("Motion to Compel"). In support of this Consent Motion, the parties submit the following:

1. On June 24, 2014, Plaintiffs issued to ICANN Writs of Attachment on Judgment Other Than Wages, Salary And Commissions ("Writs of Attachment") seeking to satisfy judgments against the defendants in the above-referenced actions.

2. On June 24, 2014, Plaintiffs issued to ICANN subpoenas *duces tecum* ("Subpoenas") seeking documents related to and/or described by the Writs of Attachment.

3. ICANN's responses to the Writs of Attachment and the Subpoenas were due on July 7, 2014. At ICANN's request, the Plaintiffs agreed to a three-week extension

of that deadline to July 28, 2014, subject to ICANN's agreement to extend certain deadlines applicable to the Writs of Attachment under the District of Columbia Code and District of Columbia Superior Court Rules, and the liens that the Plaintiffs claim flow therefrom.

4. On July 28, 2014, ICANN served Plaintiffs with objections and responses to the Subpoenas.

5. On August 11, 2014, Plaintiffs filed their Motion to Compel relating to ICANN's objections and responses to the Subpoenas.

6. Since then, the parties have met and conferred regarding Plaintiffs' Motion to Compel, and have reached the following agreement to resolve the Motion to Compel.

7. Plaintiffs hereby withdraw their Motion to Compel, without prejudice to Plaintiffs' ability to re-file the Motion to Compel, or file a different motion to compel relating to ICANN's compliance with the Subpoenas.

8. In exchange, but without prejudice to ICANN's objections and responses to Plaintiffs' Subpoenas, within two days of the parties finalizing and filing a proposed protective order regarding the production of documents in the above-referenced actions, ICANN will produce to Plaintiffs non-privileged documents responsive to Document Request No. 7 for the time period of July 1, 2010 to July 1, 2014.

9. ICANN and Plaintiffs have further agreed that neither this Consent Motion, nor the negotiations that led to it, shall be deemed a waiver or release of any rights, defenses, challenges or claims that may be asserted by ICANN or Plaintiffs with

respect to the Subpoenas, the Writs of Attachment or in any related proceedings and that Plaintiffs' deadlines pursuant to D.C. Superior Court Rule 69-I(d) and (e) and their liens continue to be extended in accordance with the Court's August 13, 2014, Order granting the parties' Consent Motion Superseding Previous Consent Motion For an Extension of Time to Respond to Writ of Attachment and Related Subpoena, as reflected on the respective dockets of each of the above captioned cases.

10. Attached is a [Proposed] Order granting this Consent Motion.

WHEREFORE, ICANN and Plaintiffs, by counsel, request that this Court enter the [Proposed] Order submitted with this Consent Motion.

Dated:  September 8, 2014

Respectfully submitted,

/s/ Noel J. Francisco                                    /s/ Robert  J. Tolchin

Noel J. Francisco (D.C. Bar No. 464752)        Robert J. Tolchin
Tara Lynn R. Zurawski (DC Bar No. 980960)   Berkman Law Office, LLC
JONES DAY                                                   111 Livingston Street, Suite 1928
51 Louisiana Avenue, NW                               Brooklyn, NY  11201
Washington, DC  20001-2113                          Telephone: (718) 855-3627
Telephone: (202) 879-2113                              Facsimile: (718) 855-4696
Facsimile: (202) 626-1700
Email: nfrancisco@jonesday.com                     *Counsel for PLAINTIFFS*
Email: tzurawski@jonesday.com

Jeffrey A. LeVee (admitted *pro hac vice*)
Eric P. Enson (admitted *pro hace vice*)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071
Telephone: (213) 243-2304
Facsimile: (213) 243-2539
Email: jlevee@jonesday.com
Email: epenson@jonesday.com

*Counsel for NONPARTY INTERNET*
*CORPORATION FOR ASSIGNED NAMES*
*AND NUMBERS*

**CERTIFICATE OF SERVICE**

     I certify that on September 8, 2014, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, causing it to be served on all registered users to be noticed in this matter, including:

    Robert J. Tolchin
    Berkman Law Office, LLC
    111 Livingston Street, Suite 1928
    Brooklyn, NY 11201

    *Counsel for Plaintiffs*

Dated:  September 8, 2014

                                */s/ Noel J. Francisco*

                                Noel J. Francisco (DC Bar No. 464752)