IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------X

SETH CHARLES BEN HAIM, et al.,

            Plaintiffs,　　　　　　Docket No: 02-cv-1811 (RCL)

-against-

ISLAMIC REPUBLIC OF IRAN, et al.,

            Defendants.

-----------------------------------------------------------------X

### ORDER REVIVING JUDGMENT PURSUANT TO DC CODE § 15-101

Upon consideration of plaintiffs' motion to revive plaintiffs' judgment of March 24, 2006 (DE 26), it is hereby ordered that the motion is granted. The judgment entered March 24, 2006 is revived. Pursuant to DC Code § 15-103 the effect and operation of the Judgment is extended for a period of 12 years from the date of this Order.

Dated: ~~March~~ Aug. 8, 2018

_____
U.S.D.J.